February 2006                                                                                           2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | | |
|---|---|---|
| In re  Amber Ann Wood<br>Joel Howard Wood | CHAPTER: | 7 |
| Debtor(s). | CASE NO.: | 2:10-bk-47782 |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, ____Joel Howard Wood_____ , the debtor in this case, declare under penalty
         *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☒  I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐  I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, ____Amber Ann Wood_____ , the debtor in this case, declare under penalty of
         *(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

☒  I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐  I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date  9/3/20/10                                      Signature  /s/Joel Howard Wood
                                                                *Debtor*

Date  9/3/2010                                       Signature  /s/Amber Ann Wood
                                                                *Joint Debtor (if any)*

PDF compression, OCR, web optimization using a watermarked evaluation copy of CVISION PDFCompressor

*[Page contains 5 unemployment benefit check stubs, rotated 90°, for A. WOOD, SSA# 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]*

---

**Stub 1** — Check #06477823
- 57117   A. WOOD   SSA# 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 / WEEK PAID
- CLAIM EXPIRES 12-25-10
- 08-21-10   $405.00
- 08-28-10   $405.00
- BENEFITS ARE REDUCED BY $90.00 ACCORDING TO YOUR REQUEST TO WITHHOLD FEDERAL INCOME TAX. THIS AMOUNT WAS FORWARDED ON YOUR BEHALF TO THE INTERNAL REVENUE SERVICE.
- YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $4326.00
- UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING CHOICE ON EACH CLAIM FORM YOU SUBMIT.
- THE ATTACHED CHECK INCLUDES A FEDERAL STIMULUS PAYMENT.
- DETACH THIS STUB FOR YOUR RECORD
- ALLOW 10 DAYS FOR DELIVERY OF CHECK.

**Stub 2** — Check #04874984
- 52181   A. WOOD   SSA# 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 / WEEK PAID
- CLAIM EXPIRES 12-25-10
- 08-07-10   $450.00
- 08-14-10   $450.00
- YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $5226.00
- UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING CHOICE ON EACH CLAIM FORM YOU SUBMIT.
- THE ATTACHED CHECK INCLUDES A FEDERAL STIMULUS PAYMENT.
- DETACH THIS STUB FOR YOUR RECORD
- ALLOW 10 DAYS FOR DELIVERY OF CHECK.

**Stub 3** — Check #03207084
- 81288   A. WOOD   SSA# 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 / WEEK PAID
- CLAIM EXPIRES 12-25-10
- 07-31-10   $405.00
- BENEFITS ARE REDUCED BY $45.00 ACCORDING TO YOUR REQUEST TO WITHHOLD FEDERAL INCOME TAX. THIS AMOUNT WAS FORWARDED ON YOUR BEHALF TO THE INTERNAL REVENUE SERVICE.
- YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $6126.00
- UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING CHOICE ON EACH CLAIM FORM YOU SUBMIT.
- THE ATTACHED CHECK INCLUDES A FEDERAL STIMULUS PAYMENT.
- DETACH THIS STUB FOR YOUR RECORD
- ALLOW 10 DAYS FOR DELIVERY OF CHECK.

**Stub 4** — Check #01428878
- 44868   A. WOOD   SSA# 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 / WEEK PAID
- CLAIM EXPIRES 12-25-10
- 07-17-10   $405.00
- BENEFITS ARE REDUCED BY $45.00 ACCORDING TO YOUR REQUEST TO WITHHOLD FEDERAL INCOME TAX. THIS AMOUNT WAS FORWARDED ON YOUR BEHALF TO THE INTERNAL REVENUE SERVICE.
- YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $6576.00
- UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING CHOICE ON EACH CLAIM FORM YOU SUBMIT.
- THE ATTACHED CHECK INCLUDES A FEDERAL STIMULUS PAYMENT.
- DETACH THIS STUB FOR YOUR RECORD
- ALLOW 10 DAYS FOR DELIVERY OF CHECK.

**Stub 5** — Check #00190597
- 48770   A. WOOD   SSA# 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 / WEEK PAID
- CLAIM EXPIRES 12-25-10
- 06-26-10   $405.00
- 07-03-10   $405.00
- BENEFITS ARE REDUCED BY $90.00 ACCORDING TO YOUR REQUEST TO WITHHOLD FEDERAL INCOME TAX. THIS AMOUNT WAS FORWARDED ON YOUR BEHALF TO THE INTERNAL REVENUE SERVICE.
- YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $7026.00
- UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING CHOICE ON EACH CLAIM FORM YOU SUBMIT.
- THE ATTACHED CHECK INCLUDES A FEDERAL STIMULUS PAYMENT.
- DETACH THIS STUB FOR YOUR RECORD
- ALLOW 10 DAYS FOR DELIVERY OF CHECK.

PDF compression, OCR, web optimization using a watermarked evaluation copy of CVISION PDFCompressor

## PERSONAL AND CHECK INFORMATION

AMBER WOOD
839 N. BANNA
COVINA, CA 91724

Soc Sec #: XXX-XX-XXXX    Employee ID: 4804
Hire Date: 06/12/06
Status:
Filing Status:
Federal: Single, 0
State: CA, Single, 0
Dept: 203

Pay Period: 07/04/10 to 07/10/10
Check Date: 07/16/10    Check #: 16040

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 1030.88 | |
| Net Pay | 1030.88 | |

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 32.00 | 39.7200 | 1271.04 | | |
| OVERTIME | 8.00 | 59.5800 | 476.64 | | |
| TAXABLE (IN) | | | 112.80 | | |
| GROSS | 40.00 | | 1860.48 | | |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| TAXABLE | 112.80 | |
| TOTAL | 112.80 | |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 413.92 | |
| ADDTL FEDERAL 25.00 | | |
| OASDI | 115.35 | |
| MEDICARE | 26.98 | |
| STATE W/H CA | 140.08 | |
| STATE SDI CA | 20.47 | |
| TOTAL | 716.80 | |

### NET PAY

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1030.88 | |

0470-B334 MCDONOUGH CONSTRUCTION RENTALS

PDF compression, OCR, web optimization using a watermarked evaluation copy of CVISION PDFCompressor

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 24.00 | 36.8300 | 883.92 | 1264.00 | 49822.32 |
| OVERTIME | 3.50 | 55.2450 | 193.36 | 133.50 | 7869.61 |
| DOUBLETIME | | | | 12.00 | 953.29 |
| TAXABLE (IN) | | | 77.55 | | 3974.75 |
| HOURS WORKED | 27.50 | | | 1409.50 | |
| ADJ EARNINGS | | | 1154.83 | | 62620.00 |
| GROSS EARNINGS | 27.50 | | 1154.83 | 1409.50 | 62620.01 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| TAXABLE | 77.55 | 3974.79 |
| CHILD SUPPORT | 174.00 | 5752.80 |
| TOTAL | 251.55 | 9727.40 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 198.22 | 6484.41 |
| ADDTL FEDERAL 75.00 | | 3888.44 |
| OASDI | 71.60 | 907.99 |
| MEDICARE | 16.75 | 2522.57 |
| STATE W/H CA | 35.08 | 688.85 |
| STATE SDI CA | 12.70 | 1449.26 |
| TOTAL | 334.35 | |

## NET PAY

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 568.93 | 38401.35 |

## PERSONAL AND CHECK INFORMATION

JOEL WOOD
839 N. BANNA
COVINA, CA 91724

Soc Sec #: XXX-XX-XXXX    Employee ID: 4825
Hire Date: 07/07/06
Status:
Filing Status:
Federal: Married, 0
State: CA, Married, 0
Dept: 203

Pay Period: 08/22/10 to 08/28/10
Check Date: 09/03/10    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7287 | 568.93 | 38401.35 |
| Net Pay | 568.93 | 38401.35 |

*Payrolls by Paychex, Inc.*
**0470-B334** MCDONOUGH CONSTRUCTION RENTALS ■

PDF compression, OCR, web optimization using a watermarked evaluation copy of CVISION PDFCompressor

## PERSONAL AND CHECK INFORMATION

JOEL WOOD
839 N. BANNA
COVINA, CA 91724

Soc Sec #: XXX-XX-XXXX    Employee ID: 4825
Hire Date: 07/07/06
Status:
Filing Status:
 Federal: Married, 0
 State: CA, Married, 0
Dept: 203

Pay Period: 08/15/10 to 08/21/10
Check Date: 08/27/10    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7287 | 73.85 | 37832.42 |
| Net Pay | 73.85 | 37832.42 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 8.00 | 36.8300 | 294.64 | 1240.00 | 48938.40 |
| OVERTIME | 1.50 | 55.2450 | 82.87 | 130.00 | 7676.24 |
| DOUBLETIME | | | | 12.00 | 953.20 |
| TAXABLE (IN) | | | 26.79 | | 3897.12 |
| HOURS WORKED | 9.50 | | | 1382.00 | |
| ADJ EARNINGS | | | 404.30 | | 61465.16 |
| GROSS EARNINGS | 9.50 | | 404.30 | 1382.00 | 61465.16 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| TAXABLE | 26.79 | 3897.12 |
| CHILD SUPPORT | 174.00 | 5578.60 |
| TOTAL | 200.79 | 9475.84 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 88.99 | 6289.18 |
| ADDTL FEDERAL 75.00 | | |
| OASDI | 25.07 | 3810.84 |
| MEDICARE | 5.86 | 891.30 |
| STATE W/H CA | 5.29 | 2469.49 |
| STATE SDI CA | 4.45 | 686.15 |
| TOTAL | 129.66 | 14156.96 |

### NET PAY

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 73.85 | 37832.42 |

*Payrolls by Paychex, Inc.*
**0470-B334** MCDONOUGH CONSTRUCTION RENTALS

PDF compression, OCR, web optimization using a watermarked evaluation copy of CVISION PDFCompressor

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 40.00 | 36.8300 | 1473.20 | 1232.00 | 48643.76 |
| OVERTIME | 14.00 | 55.2450 | 773.43 | 128.50 | 7593.19 |
| DOUBLETIME | | | | 12.00 | 953.28 |
| TAXABLE (IN) | | | 152.28 | | 3870.16 |
| HOURS WORKED | 54.00 | | | 1372.50 | |
| ADJ EARNINGS | | | 2398.91 | | 61060.86 |
| GROSS EARNINGS | 54.00 | | 2398.91 | 1372.50 | 61060.86 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| TAXABLE | 152.28 | 3870.16 |
| CHILD SUPPORT | 174.00 | 5404.62 |
| TOTAL | 326.28 | 9275.16 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 490.59 | 6299.19 |
| ADDTL FEDERAL | 75.00 | 3195.77 |
| OASDI | 148.73 | 3785.80 |
| MEDICARE | 34.78 | 885.38 |
| STATE W/H CA | 148.63 | 2410.28 |
| STATE SDI CA | 26.39 | 671.70 |
| TOTAL | 849.12 | 14537.12 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 1223.51 | 37758.57 |

## PERSONAL AND CHECK INFORMATION

JOEL WOOD
839 N. BANNA
COVINA, CA 91724

Soc Sec #: XXX-XX-XXXX    Employee ID: 4825
Hire Date: 07/07/06
Status:
Filing Status:
Federal: Married, 0
State: CA, Married, 0
Dept: 203

Pay Period: 08/08/10 to 08/14/10
Check Date: 08/20/10    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7287 | 1223.51 | 37758.57 |
| Net Pay | 1223.51 | 37758.57 |

*Payrolls by Paychex, Inc.*
**0470-B334** MCDONOUGH CONSTRUCTION RENTALS

PDF compression, OCR, web optimization using a watermarked evaluation copy of CVISION PDFCompressor

## PERSONAL AND CHECK INFORMATION

JOEL WOOD
839 N. BANNA
COVINA, CA 91724

Soc Sec #: XXX-XX-XXXX    Employee ID: 4825
Hire Date: 07/07/06
Status:
Filing Status:
Federal: Married, 0
State: CA, Married, 0
Dept: 203

Pay Period: 06/27/10 to 07/03/10
Check Date: 07/09/10    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7287 | 1072.25 | 32340.97 |
| Net Pay | 1072.25 | 32340.97 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 40.00 | 39.7200 | 1588.80 | 1016.00 | 40364.80 |
| OVERTIME | 6.00 | 59.5800 | 357.48 | 102.00 | 6077.38 |
| DOUBLETIME | | | | 12.00 | 953.28 |
| TAXABLE (IN) | | | 129.72 | | 3186.64 |
| GROSS | 46.00 | | 2076.00 | 1130.00 | 50582.10 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | | | | YTD ($) |
|---|---|---|---|---|---|
| TAXABLE | 129.72 | | | | 3186.64 |
| CHILD SUPPORT | 174.00 | | | | 4360.50 |
| TOTAL | 303.72 | | | | 7547.14 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | | | | YTD ($) |
|---|---|---|---|---|---|
| FEDERAL W/H | 403.67 | | | | 4283.67 |
| ADDTL FEDERAL | 75.00 | | | | |
| OASDI | 128.71 | | | | 3136.09 |
| MEDICARE | 30.10 | | | | 733.44 |
| STATE W/H CA | 114.71 | | | | 1949.56 |
| STATE SDI CA | 22.84 | | | | |
| TOTAL | 700.03 | | | | 10693.60 |

### NET PAY

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1072.25 | 32340.97 |

*Payrolls by Paychex, Inc.*
**0470-B334** MCDONOUGH CONSTRUCTION RENTALS

# EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 16.00 | 39.7200 | 635.52 | 1192.00 | 47170.56 |
| REGULAR EARNING | 24.00 | 36.8300 | 883.92 | 114.50 | 6819.96 |
| OVERTIME | 0.50 | 55.2450 | 27.62 | 12.00 | 953.60 |
| DOUBLETIME | | | | | 3718.93 |
| TAXABLE (IN) | | | 114.21 | | |
| GROSS | 40.50 | | 1661.27 | 1318.50 | 58661.97 |

# DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| TAXABLE | 114.21 | 3718? |
| CHILD SUPPORT | 174.00 | 5230.00 |
| TOTAL | 288.21 | 8948.?? |

# WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 294.64 | 5709?? |
| ADDTL FEDERAL | 75.00 | 3637.04 |
| OASDI | 103.00 | 50?? |
| MEDICARE | 24.09 | ?5?7 |
| STATE W/H CA | 73.88 | 2?45.31 |
| STATE SDI CA | 18.27 | 1?78.13 |
| TOTAL | 513.88 | |

# PERSONAL AND CHECK INFORMATION

JOEL WOOD
839 N. BANNA
COVINA, CA 91724

Soc Sec #: XXX-XX-XXXX    Employee ID: 4825
Hire Date: 07/07/06
Status:
Filing Status:
Federal: Married, 0
State: CA, Married, 0
Dept: 203

Pay Period: 08/01/10 to 08/07/10
Check Date: 08/13/10    Check #: Direct Deposit

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7287 | 859.18 | 36535.06 |
| Net Pay | 859.18 | 36535.06 |

# NET PAY

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 859.18 | 36535.06 |

*Payrolls by Paychex, Inc.*

0470-B334 MCDONOUGH CONSTRUCTION RENTALS

## PERSONAL AND CHECK INFORMATION

JOEL WOOD
839 N. BANNA
COVINA, CA 91724

Soc Sec #: XXX-XX-XXXX    Employee ID: 4825
Hire Date: 07/07/06
Status:
Filing Status:
Federal: Married, 0
State: CA, Married, 0
Dept: 203
Pay Period: 07/04/10 to 07/10/10
Check Date: 07/16/10    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7287 | 875.92 | 33216.89 |
| Net Pay | 875.92 | 33216.89 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 32.00 | 39.7200 | 1271.04 | 1048.00 | 41635.84 |
| OVERTIME | 5.00 | 59.5800 | 297.90 | 107.00 | 6375.28 |
| DOUBLETIME | | | | 12.00 | 953.28 |
| TAXABLE (IN) | | | 104.34 | | 3290.91 |
| GROSS | 37.00 | | 1673.28 | 1167.00 | 52255.66 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| TAXABLE | 104.34 | 3290.91 |
| CHILD SUPPORT | 174.00 | 4534.65 |
| TOTAL | 278.34 | 7825.56 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 297.65 | 4581.57 |
| ADDTL FEDERAL | 75.00 | |
| OASDI | 103.74 | 3239.83 |
| MEDICARE | 24.26 | 757.70 |
| STATE W/H CA | 74.96 | 2054.44 |
| STATE SDI CA | 18.41 | |
| TOTAL | 519.02 | 11172.20 |

### NET PAY

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 875.92 | 33216.89 |

Payrolls by Paychex, Inc.
0470-B334 MCDONOUGH CONSTRUCTION RENTALS

PDF compression, OCR, web optimization using a watermarked evaluation copy of CVISION PDFCompressor

## PERSONAL AND CHECK INFORMATION

JOEL WOOD
839 N. BANNA
COVINA, CA 91724

Soc Sec #: XXX-XX-XXXX   Employee ID: 4825
Hire Date: 07/07/06
Status:
Filing Status:
 Federal: Married, 0
 State: CA, Married, 0
Dept: 203
Pay Period: 07/18/10 to 07/24/10   Check #: Direct Deposit
Check Date: 07/30/10

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7287 | 817.55 | 34742.95 |
| Net Pay | 817.55 | 34742.95 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 40.00 | 36.8300 | 1473.20 | 1112.00 | 44062.32 |
| OVERTIME | | | | 112.50 | 6702.97 |
| DOUBLETIME | | | | 12.00 | 953.28 |
| TAXABLE (IN) | | | 112.80 | | 3486.93 |
| GROSS | 40.00 | | 1586.00 | 1236.50 | 55205.50 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| TAXABLE | 112.80 | 3486.93 |
| CHILD SUPPORT | 174.00 | 4882.61 |
| TOTAL | 286.80 | 8369.54 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 275.83 | 5086.84 |
| ADDTL FEDERAL 75.00 | | |
| OASDI | 98.33 | 3422.74 |
| MEDICARE | 23.00 | 800.48 |
| STATE W/H CA | 67.04 | 2175.66 |
| STATE SDI CA | 17.45 | 607.29 |
| TOTAL | 481.65 | 12093.01 |

### NET PAY

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 817.55 | 34742.95 |

Payrolls by Paychex, Inc.
0470-B334 MCDONOUGH CONSTRUCTION RENTALS

## PERSONAL AND CHECK INFORMATION

JOEL WOOD
839 N. BANNA
COVINA, CA 91724

Soc Sec #: XXX-XX-XXXX    Employee ID: 4825
Hire Date: 07/07/06
Status:
Filing Status:
Federal: Married, 0
State: CA, Married, 0
Dept: 203
Pay Period: 07/11/10 to 07/17/10
Check Date: 07/23/10    Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7287 | 708.51 | 33925.40 |
| Net Pay | 708.51 | 33925.40 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 24.00 | 39.7200 | 953.28 | 1072.00 | 42589.12 |
| OVERTIME | 5.50 | 59.5800 | 327.69 | 112.50 | 6702.97 |
| DOUBLETIME | | | | 12.00 | 953.28 |
| TAXABLE (IN) | | | 83.19 | | 3374.13 |
| GROSS | 29.50 | | 1364.16 | 1196.50 | 53619.50 |

### DEDUCTIONS

| DESCRIPTION | | | CURRENT ($) | | YTD ($) |
|---|---|---|---|---|---|
| TAXABLE | | | 83.19 | | 3374.13 |
| CHILD SUPPORT | | | 174.00 | | 4708.61 |
| TOTAL | | | 257.19 | | 8082.74 |

### WITHHOLDINGS

| DESCRIPTION | | | CURRENT ($) | | YTD ($) |
|---|---|---|---|---|---|
| FEDERAL W/H | | | 229.62 | | 4811.01 |
| ADDTL FEDERAL 75.00 | | | | | |
| OASDI | | | 84.58 | | 3324.41 |
| MEDICARE | | | 19.78 | | 777.48 |
| STATE W/H CA | | | 49.47 | | 2108.62 |
| STATE SDI CA | | | 15.01 | | 589.84 |
| TOTAL | | | 398.46 | | 11611.36 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 708.51 | 33925.40 |